IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES LEE HODO, C-69973,
                Petitioner,

     vs.

K. ALLISON, Acting Warden,
              Respondent.

No. C 11-4431 CRB (PR)

ORDER OF TRANSFER

Petitioner seeks federal habeas review of a conviction from Los Angeles County Superior Court, which lies in the Central District of California, Western Division.  See 28 U.S.C. § 84(c)(2).  Petitioner is incarcerated at the California Substance Abuse Treatment Facility and State Prison in Corcoran, County of Kings, which lies in the Eastern District of California.  See id. § 84(b).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1    Because the County of Los Angeles lies in the Central District of California,

2    Western Division, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas

3    Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the

4    United States District Court for the Central District of California, Western Division.

5    The clerk shall transfer this matter and terminate all pending motions as moot.

6    SO ORDERED.

7    DATED:  Sept. 9, 2011

8    CHARLES R. BREYER
     United States District Judge

G:\PRO-SE\CRB\HC.11\Hodo, J2.transfer.wpd

2