FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE HODO,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>K. ALLISON, Warden,<br><br>　　　　Respondent. | NO. CV 11-07656 DSF (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 12/27/11

　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE